# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**TIMOTHY MARKELZ**,

                  Plaintiff,

      v.                               Case No. **23-CV-630**

**MARTIN O'MALLEY,**
**Commissioner of Social Security**,

                  Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this case be **remanded** to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

Date: January 22, 2024

                          Gina M. Colletti, Clerk of Court
                          EASTERN DISTRICT OF WISCONSIN
                          (By) Deputy Clerk, _s/Amanda Chasteen_
                          Approved this 22nd day of January, 2024.

                          WILLIAM E. DUFFIN
                          United States Magistrate Judge